IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Daniels, Kay E

Printed: 11/25/08

Case Number: 04 B 10481
Judge: Wedoff, Eugene R
Filed: 3/17/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 24, 2008
Confirmed: May 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,798.00 |  |
| Secured: |  | 14,282.94 |
| Unsecured: |  | 698.29 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 872.70 |
| Other Funds: |  | 444.07 |
| Totals: | 17,798.00 | 17,798.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,500.00 | 1,500.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 5,850.00 | 5,850.00 |
| 4. | Americredit Financial Ser Inc | Secured | 8,092.39 | 8,092.39 |
| 5. | City Of Chicago | Secured | 340.55 | 340.55 |
| 6. | Capital One | Unsecured | 157.89 | 157.89 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 48.40 | 0.00 |
| 8. | Risk Management Alternatives | Unsecured | 73.93 | 73.93 |
| 9. | Americredit Financial Ser Inc | Unsecured | 466.47 | 466.47 |
| 10. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 11. | Blatt Hasenmiller Leisker | Unsecured |  | No Claim Filed |
| 12. | City Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,529.63 | $ 16,481.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 112.56 |
| 6.5% | 220.11 |
| 3% | 42.21 |
| 5.5% | 206.78 |
| 5% | 46.14 |
| 4.8% | 115.21 |
| 5.4% | 124.47 |
| 6.6% | 5.22 |
|  | $ 872.70 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Daniels, Kay E

Printed: 11/25/08

Case Number:  04 B 10481
Judge:  Wedoff, Eugene R
Filed:  3/17/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

